# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KEITH PETTIS, | ) |
| | ) |
| Plaintiff, | ) Case No. 14 C 5729 |
| | ) |
| v. | ) Judge Thomas M. Durkin |
| | ) |
| U.S. BANK, N.A., | ) Mag. Judge Michael T. Mason |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

All matters in dispute between the parties to the above-entitled action having been satisfactorily resolved;

IT IS HEREBY STIPULATED AND AGREED by the parties that plaintiff's individual claims should be dismissed with prejudice, any putative class claims should be dismissed without prejudice, and each party shall bear its own costs.

| KEITH PETTIS | U.S. BANK NATIONAL ASSOCIATION |
|---|---|
| */s/Keith J. Keogh* | */s/J. Matthew Goodin* |
| Keith J. Keogh | Thomas J. Cunningham |
| keith@keoghlaw.com | tcunningham@lockelord.com |
| Keogh Law, Ltd. | J. Matthew Goodin |
| 55 W. Monroe Street | jmgoodin@lockelord.com |
| Chicago, Illinois 60603 | David F. Standa |
| 312.374.3403 | dstanda@lockelord.com |
| | **LOCKE LORD LLP** |
| | 111 South Wacker Drive |
| | Chicago, Illinois 60606 |
| | 312.443.0700 |